THE PEOPLE OF THE STATE OF NEW YORK ex rel. LORENZO RAMSEY, Appellant, v JAMES CONWAY, Superintendent of Attica Correctional Facility, Respondent.

Submitted March 8, 2010; decided May 6, 2010

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

SAVERIO C. PUGLIESE, Respondent, v BEN MONDELLO, Also Known as BEN R. MONDELLO, JR., Appellant.

Submitted March 29, 2010; decided May 6, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

U.S. BANK NATIONAL ASSOCIATION, Respondent, v JESSICA ANGEL QUIROZ et al., Defendants, and HELEN QUIROZ, Appellant.

Submitted March 29, 2010; decided May 6, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.